FILED
6/15/17 3:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Allen C. Parker | : | Case No. 17-20982-TPA |
| | : | Chapter 7 |
| *Debtor* | : | |
| | : | |
| | : | Date: 6/15/2017 |
| | : | Time: 10:30 |

# PROCEEDING MEMO

*MATTER:*     #16 MFRS filed by Fannie Mae
              #20 Resp by Debtor

*APPEARANCES:*

    Debtor:      Rodney Shepherd
    Fannie Mae:  Laura Carl
    Trustee:     Natalie Cardiello (no appearance)

Shepherd: No objection to motion.  Reques some time for Debtor to remove his property.

Carr: Have been told Debtor has vacated premises.

*OUTCOME:*     GRANTED / MOE

ljm