FILED
6/15/17 3:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Allen C. Parker<br>    Debtor(s) | |
| FANNIE MAE,<br>its successors and/or assigns<br>    Movant<br>  v.<br>Allen C. Parker<br>    Respondent(s)<br>  and<br>Natalie Lutz Cardiello Esq., Trustee<br>    Additional Respondent | BK. NO. 17-20982 TPA<br><br>CHAPTER 7<br>Related to Docket # 16 |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

*effective June 20, 2017*

AND NOW, this 15th day of June, 2017, at Pittsburgh, upon Motion of FANNIE MAE, it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 1407 Alverado Avenue, Pittsburgh, PA 15216 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking any legal action to enforce its right to possession of the Property.

_____
United States Bankruptcy Judge

Allen C. Parker
1407 Alverado Avenue
Pittsburgh, PA 15216

Rodney D. Shepherd, Esq.
2403 Sidney Street, Suite 245 (VIA ECF)
Pittsburgh, PA 15203
rodsheph@cs.com

Natalie Lutz Cardiello, Esq.
107 Huron Drive (VIA ECF)
Carnegie, PA 15106
ncardiello@comcast.net

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Allen C. Parker  
      Debtor

Case No. 17-20982-TPA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dkam    Page 1 of 1    Date Rcvd: Jun 15, 2017  
                          Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2017.  
db         +Allen C. Parker,    1407 Alverado Avenue,    Pittsburgh, PA 15216-3309  
          +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2017 at the address(es) listed below:  
        James Warmbrodt    on behalf of Creditor    Fannie Mae bkgroup@kmllawgroup.com  
        Natalie Lutz Cardiello    ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Rodney D. Shepherd    on behalf of Debtor Allen C. Parker rodsheph@cs.com  
                                                                                                                                     TOTAL: 4